1  EDMUND G. BROWN JR.
   Attorney General of California
2  MIGUEL A. NERI
   Supervising Deputy Attorney General
3  ALLISON R. ROSS
   Deputy Attorney General
4  State Bar No. 214962
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone:  (510) 622-2226
    Fax:  (510) 622-2121
7   E-mail:  Allison.Ross@doj.ca.gov
   *Attorneys for Defendant California*
8  *State Personnel Board*

9  OLGA BROOKS
   4245 Comet Circle
10 Union City, CA 94587
    Telephone:  (510) 489-2954
11  E-mail: olgabk@pacbell.net
   *Plaintiff in Pro Per*
12

13              IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | **OLGA BROOKS,**                     | Case No. C09-2835 PJH
16 |                          Plaintiff,  | [~~PROPOSED~~] ORDER RE
17 |             v.                        | STIPULATION OF DISMISSAL
18 | **STATE OF CALIFORNIA PERSONNEL**     |
   | **BOARD,**                            |
19 |                                       |
20 |                          Defendant    |

21     Pursuant to the Stipulation of Dismissal executed by the parties on January 21, 2010 and

22 filed with this Court on January 22, 2010, IT IS HEREBY ORDERED that the above-captioned

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                          1

1  action be and hereby is dismissed with prejudice.
2      IT IS SO ORDERED.
3  Dated: _____January 29_____, 2010
4                                                              _____
5
6
7  OK2009900964
   90135868.doc
8

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA. Stamp: "IT IS SO ORDERED" signed by Judge Phyllis J. Hamilton]*

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Brooks v. State of California Personnel Board*
No.: United States District Court, Northern District of California, Case No. C-09-2835 PJH

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 26, 2010, I served the attached **[PROPOSED] ORDER RE STIPULATION OF DISMISSAL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1515 Clay Street, 20th Floor, Oakland, CA 94612-0550, addressed as follows:

Olga Brooks
4245 Comet Circle
Union City, California 94587

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 26, 2010, at Oakland, California.

| C. Soo | *[signature]* |
|---|---|
| Declarant | Signature |

OK2009900964
90134797.doc